# EXHIBIT A

## CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.      I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA") arising out of my work with ScribeAmerica, LLC and/or related entities and individuals ("ScribeAmerica").

2.      I worked for ScribeAmerica from on or about __January 2021__ (month, year) to on or about __May 2021__ (month, year). During this time, I worked for ScribeAmerica in the following state(s): __New Hampshire__.

3.      I understand that this lawsuit is brought under the FLSA.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4.      I hereby designate Berger Montague PC, at 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103, to represent me for all purposes in this action or any subsequent action against ScribeAmerica.

5.      I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature:      _Julia Garfield_
DocuSigned by:
ED1C465CBFC2497...

Date:      2/12/2023

Name:      Julia Garfield

Address:      ████████████████████████████

Telephone:      ████████████

E-Mail:      ████████████████████

**COMPLETE AND RETURN TO:**
BERGER MONTAGUE PC
ATTN: Carly Coons
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (612) 249-8171
Fax: (215) 875-4604
Email: ccoons@bm.net