UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60647-CIV-SMITH

JULIA GARFIELD,

    Plaintiff,

v.

SCRIBEAMERICA LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Pursuant to the Parties' Joint Stipulation of Dismissal With Prejudice [DE 21], it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice.**

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of October 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record